

*BOARD OF GOVERNORS*

---

A-15            POLICY        Equal Opportunity/Non-Discrimination-Employment

It is the policy of Southeast Community College to provide equal opportunity and non-discrimination in employment and advancement for all qualified persons, employed by or seeking employment with the College, without regard to race, color, ethnicity, religion, sex, age, marital status, national origin, veteran status, sexual orientation, gender identity, disability, or other factors protected by law. This policy applies to every aspect of recruitment, employment, advancement, transfer, demotion, reduction-in-force, termination, rates of pay or other compensation, training opportunities, and other terms and conditions of employment.

The College and its employees shall take no action which is inconsistent with state or federal equal opportunity/anti-discrimination laws governing any aspect of employment and employer-employee relations.

---

**Adopted:** 03/17/09
**Reviewed:** 2/05/18, 02/01/20, 12/12/23
**Revised:** 02/01/20
**Web link:**
**Tags:** equal opportunity, non-discrimination

[Table Of Contents](#)