IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RACHAEL E. MCLEOD,<br><br>                    Plaintiff,<br><br>v.<br><br>SOUTHEAST COMMUNITY COLLEGE AREA, PAUL ILLICH, BRUCE TANGEMAN, AND JOEL MICHAELIS,<br><br>                    Defendants. | Case No. 4:25-cv-03105-JMG-MDN<br><br>**AFFIDAVIT OF<br>JOSHUA J. SCHAUER** |

STATE OF NEBRASKA      )
                       ) ss.
COUNTY OF LANCASTER    )

I, Joshua J. Schauer, being first duly sworn upon oath, states as follows:

1. I am a natural person above the age of eighteen and have personal knowledge of and am competent to testify to the matters stated in this Affidavit.

2. I am an attorney at the law firm of Perry, Guthery, Haase & Gessford, P.C., L.L.O., and I am one of the attorneys for the defendants Southeast Community College Area (the "College"), Paul Illich ("Illich"), Bruce Tangeman ("Tangeman") and Joel Michaelis ("Michaelis, and collectively with the College, Illich and Tangemen, "Defendants") in the above-captioned matter.

3. I am making this Affidavit in support of Defendants' Motion to Dismiss (ECF No. 4.)

4. On or about March 17, 2009, the College adopted Policy A-15, Equal Opportunity / Non-Discrimination-Employment, which is attached to the Index of Evidence in Support of Defendants' Motion to Dismiss as <u>Exhibit 1</u> (ECF No. 6-1).

Dated this 11th day of July, 2025.

                                                                                                                Joshua J. Schauer
PERRY, GUTHERY, HAASE
 & GESSFORD, P.C., L.L.O.
233 South 13th Street, Suite 1400
Lincoln, NE 68508
(402) 476-9200
jschauer@perrylawfirm.com

*Attorney for Defendants*

SUBSCRIBED AND SWORN TO before me this 11th day of July, 2025.

GENERAL NOTARY - State of Nebraska
AMY G GLANTZ
My Comm. Exp. September 24, 2025

Notary Public

2